AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROY LEE SMITH, JR.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 18-8222-BER |

FILED by _JMT_ D.C.

MAY 15 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 30, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcible assault on an officer or employee of the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis Hunter, VA OIG Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/15/18

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    Bruce Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, Travis C. Hunter, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the U.S. Department of Veterans Affairs, Office of Inspector General (hereinafter VA OIG), and have been so employed since August 2015. I am presently assigned to the West Palm Beach Resident Office, where I am responsible for conducting criminal investigations into crimes committed against the programs and operations of the U.S. Department of Veterans Affairs (VA).

2. The facts and information contained in this affidavit are based on my personal knowledge and observations; as well as upon information received in my official capacity from other individuals, including other federal law enforcement officers; and my review of statements, records, and video obtained during the course of this investigation. This affidavit does not set forth every fact known to me regarding this investigation, but only those facts necessary to establish probable cause to charge Roy Lee SMITH JR. ("SMITH") with Assault on a Federal Employee of the United States, in violation of Title 18, United States Code, Section 111(a)(1).

3. On April 30, 2018, at approximately 8:11 a.m., Christina Lavallee, VA Police Officer, was on the second floor of the VA Medical Center (VAMC) in West Palm Beach, FL, and approached SMITH for a stop and question. Officer Lavallee recognized SMITH from an encounter earlier that day at VA Police Operations office where SMITH had inquired about his Direct Express card, which is a pre-paid debit card that can be used to access Veteran's benefits. During Officer Lavallee's second floor interaction with SMITH,

1

SMITH said that he was not a patient nor did he have an appointment at the medical center.

4. Officer Lavallee told SMITH that he needed to leave the property if he was not a patient, or he would be cited for trespassing. SMITH began shouting very loudly that he was not leaving without his Direct Express card, and began disrupting normal operations of VAMC West Palm Beach. Officer Lavallee told SMITH that if he kept shouting, he would be placed under arrest for disorderly conduct. SMITH continued to shout and Officer Lavallee motioned for SMITH to follow her to Police Operations, to which SMITH said, "don't touch me bitch." Officer Lavallee called for assistance and VA Police Officers Sergio Montesino and Ian Kobes arrived to assist. SMITH was escorted to VA Police Operations and was detained in the holding cell.

5. VA Police Dispatcher Raina Leite conducted a query of the National Crime Information Center, which revealed that SMITH had an extraditable warrant for forgery from Canton, GA (#CE0116635). Dispatcher Leite confirmed the warrant was active with Cherokee GA County Sheriff's Office.

6. At approximately 9:12 a.m., Officer Kobes went into the holding cell to arrest SMITH based on the active warrant. Officer Kobes ordered SMITH to turn around and place his hands behind his back and told SMITH that he was being placed under arrest for the outstanding warrant in GA. Officer Kobes secured SMITH's left wrist in a handcuff. SMITH resisted, turned to his left, and with a closed fist swung at Officer Kobes with his right hand, striking Officer Kobes on the left side of his head. VA Police Officers Sergio Montesino, Christina Lavallee, and Lieutenant Kenneth Carter responded to assist Officer Kobes. SMITH continued to refuse to follow commands to stop resisting. During the

struggle to subdue SMITH, SMITH again struck Officer Kobes, this time with his elbow, causing a laceration to Officer Kobes's right temple.

7. Subsequently, Officer Kobes was taken to the VAMC West Palm Beach emergency room to receive treatment for his injuries.

8. On May 7, 2018, your affiant received and reviewed video footage taken from inside the VA Police holding cell where Officer Kobes's assault occurred. The video showed that SMITH swung a closed right fist at Officer Kobes and hit him in the left side of his head. Additionally, the video showed that Officers Montesino, Lavallee and Lieutenant Carter assisted Officer Kobes, and during their struggle to subdue SMITH, SMITH again struck Officer Kobes with his elbow to the right side of Kobes's head, after which Officer Kobes began to bleed immediately.

9. On May 8, 2018, your affiant received and reviewed photos of Officer Kobes' injuries sustained during the assault. The photos showed that Officer Kobes had a swollen left ear and a laceration to his right temple.

10. A review Officer Kobes' medical treatment records for April 30, 2018 and May 1, 2018, shows treatment of Officer Kobes for a two-centimeter laceration to his right temple, a left ear abrasion, and left hand pain. Radiographs were taken, a CT scan was performed, and Officer Kobes received four staples to close up the wound to his temple.

11. On May 11, 2018, your affiant received a copy of SMITH's arrest warrant from the Canton Police Department, Canton, GA, which confirmed that is was valid. The warrant is for felony forgery, and the arrest warrant application contains SMITH's correct date of birth and social security number.

12. Based on the foregoing facts, I submit that probable cause exists that Roy Lee SMITH JR. did forcibly assault Ian Kobes, VA Police Officer, a federal employee who was engaged in official duties, in violation of Title 18, United States Code, Section 111(a)(1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
TRAVIS C. HUNTER, SPECIAL AGENT
U.S. DEPT. OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL

Sworn and subscribed before me at West Palm Beach, Florida this ___15th___ day of May 2018.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __18-8222-BER__

**UNITED STATES OF AMERICA**

**v.**

**ROY LEE SMITH, JR.,**

        **Defendant.**
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        UNITED STATES ATTORNEY

BY:    _____
        LAUREN E. JORGENSEN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 726885
        500 S. Australian Ave, Ste. 400
        West Palm Beach, Florida   33401
        TEL (561) 820-8711
        FAX (561) 820-8777
        Lauren.Jorgensen@usdoj.gov